**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

MARIO IVAN OÑA OÑA,

Petitioner,

v. No. 1:26-cv-00475-MLG-GBW

TODD BLANCHE,
Acting Attorney General of the United States; et al.,

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Granting Petition for Writ of Habeas Corpus and Directing Respondents to Immediately Release Petitioner (Doc. 9) and the Status Report (Doc. 10) confirming Petitioner Mario Ivan Oña Oña's release previously filed in this matter, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA